1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICKEY YANDELL,                           1:11-cv-00136-MJS (PC)

12                    Plaintiff,                ORDER TRANSFERRING CASE TO THE
                                                NORTHERN DISTRICT OF CALIFORNIA
13   v.

14   C/O CHAN, et al.,

15                    Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  The federal venue statute requires that a civil action, other than one based

19   on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides,

20   if all defendants reside in the same state, (2) a judicial district in which a substantial part of the

21   events or omissions giving rise to the claim occurred, or a substantial part of the property that

22   is the subject of the action is situated, or (3) a judicial district in which any defendant may be

23   found, if there is no district in which the action may otherwise be brought." 28 U.S.C.  §

24   1391(b).

25          In this case, none of the named Defendants reside in  this district.  The claim arose in

26   Monterey County, which is in the Northern District of California.  Therefore, Plaintiff's claim

27   should have been filed in the United States District Court for the Northern District of California.

28   In the interest of justice, a federal court may transfer a complaint filed in the wrong district to

1   the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C.

2   Cir. 1974).

3           Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

4   States District Court for the Northern District of California.

5

6   IT IS SO ORDERED.

7   Dated:   January 27, 2011          /s/ Michael J. Seng

8                                      UNITED STATES MAGISTRATE JUDGE